**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In Re: Coastline East Corporation,

        Debtor,

_____

MICHAEL BREWER,

        Appellant,

vs.                                    Case No. 3:11-cv-156-J-32

HENDERSON LAW, P.A., et al.,

        Appellees.

_____

## ORDER

This bankruptcy appeal is before the Court on Pro Se Appellant Michael Brewer's appeal from the bankruptcy court's Order Denying Motions for Reconsideration/Rehearing of Orders Overruling Objections of Michael Brewer and David Hodges and Approving Compromise of Claims and Denying Motion for Reconsideration/Rehearing of Order Approving Sale of Property (Doc. 1-17). It is clear from his briefs (Docs. 4 & 17), however, that Brewer intended to appeal the court's underlying orders approving the compromise and sale at issue. "[W]hen the overriding intent was effectively to appeal the original judgment, a notice of appeal stating that it appeals from an order on a tolling post-judgment motion must be construed as an appeal from the original judgment and not merely from the denial of the post-judgment order." Shuler v. Ingram & Assocs., NCO, 441 F. App'x 712, 715 n.1 (11th Cir. 2011); see also KH Outdoor, LLC v. City of Trussville, 465 F.3d 1256, 1260 (11th Cir. 2006); Hughes v. Stryker Corp., 423 F. App'x 878, 879 (11th Cir. 2011). Consequently,

the Court, in an abundance of caution, considers both whether the bankruptcy court abused its discretion in issuing the underlying orders as well as whether the court abused its discretion in denying reconsideration.

This Court has previously dismissed Brewer's appeal against Henderson Law, P.A. (Doc. 21) because Brewer neglected to obtain a stay on the sale of Debtor's assets to Henderson, and pursuant to § 363(m) the failure to obtain a stay on a sale of assets renders an appeal moot. Cargill, Inc. v. Charter Int'l Oil Co. (In re The Charter Co.), 829 F.2d 1054, 1056 (11th Cir. 1987). Thus, as Brewer cannot appeal the bankruptcy court's approval of the sale of this property, the Court addresses only the bankruptcy court's approval of the compromise of a claim based on a judgment in favor of Debtor and against Appellee George Frank May. (Bankr. Doc. 119; Compromise Order).[1] Both Alex Smith, the Trustee, and May, who under the compromise purchased the judgment against himself from the bankruptcy estate, have filed answer briefs (Docs. 9, 30). Brewer has filed a reply to the Trustee's brief (Doc. 17), but has declined to file a reply to May's brief though the Court afforded him opportunity to do so (Doc. 31).

An appellate court reviews the approval of a settlement agreement under the abuse of discretion standard. Romagosa v. Thomas (In re Van Diepen), 236 F. App'x 498, 501 (11th Cir. 2007) (citing Christo v. Padgett, 223 F.3d 1324, 1335 (11th Cir. 2000)). Abuse of discretion requires that an appellate court affirm unless it finds that the lower court has made a clear error in judgment or has applied the wrong legal standard. Robinson v. Tyson Foods,

---

[1] By separate order, (Doc. 32) the Court has denied Appellee George Frank May's Second Amended Motion to Dismiss Appeal (Doc. 29).

2

Inc., 595 F.3d 1269, 1273 (11th Cir. 2010).

After carefully considering the briefs and supplemental briefs of the parties, the Court concludes that Brewer has demonstrated no errors of law or clearly erroneous factual findings. Accordingly, the October 18, 2010 Order Overruling Objections of Michael Brewer and David Hodges and Approving Compromise of Claim (Doc. 1-12) and the December 2, 2010 Order Denying Motions for Reconsideration/Rehearing of Orders Overruling Objections of Michael Brewer and David Hodges and Approving Compromise of Claims and Denying Motion for Reconsideration/Rehearing of Order Approving Sale of Property (Doc. 1-17) are **AFFIRMED**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of March, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

kh.
copies to:
Hon. Jerry A. Funk, United States Bankruptcy Judge
Counsel of Record
Pro Se Appellant